No. 03–10613. GARRIDO-SANTANA v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 03–10618. EVANS v. UNITED STATES. Ct. App. D. C. Certiorari denied. 

No. 03–10619. BURTON v. UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 03–10629. THOMAS v. UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 03–10631. ALEXANDER v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 03–10636. ALLEN, AKA BLAKE v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 03–10648. MEDINA-MAELLA v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

. No. 03–10656. MOSS v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 03–10657. ADEGBUJI v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 1st Cir. Certiorari denied.

No. 03–10660. MEDINA v. WISCONSIN. Ct. App. Wis. Certiorari denied. 

No. 02–1646. HIGBEE CO., DBA DILLARD DEPARTMENT STORES, INC. v. CHAPMAN. C. A. 6th Cir. Motion of Ohio Council of Retail Merchants et al. for leave to file a brief as *amici curiae* granted. Certiorari denied. 
██

No. 03–151. MITCHELL, WARDEN v. DAVIS. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. 

No. 03–699. ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS v. SMITH. C. A. 9th Cir. Motion of respondent for leave to proceed · *in forma pauperis* granted. Certiorari denied. 